■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST HILL, Appellant. [753 NYS2d 904] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered January 25, 2001, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate

review (*see* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858, 859; *People v Fryar,* 276 AD2d 641). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant contends that because the People's case rested solely on the theory that the defendant unlawfully entered the employees' area of a laundromat, the trial court erred in charging the portion of Penal Law § 140.20 concerning "remain[ing] unlawfully" in a building. This contention is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Fabre,* 288 AD2d 392). In any event, the defendant's contention is without merit, since the prosecution proceeded on a theory that the defendant had the requisite intent to commit a crime throughout the incident (*see People v Currella,* 296 AD2d 578; *People v Fenderson,* 203 AD2d 585, 586).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Altman, J.P., Smith, McGinity and Townes, JJ., concur.